Philip Kline, Respondent, *v.* The State of New York, Appellant.

(Claim No. 23775.)

Argued May 19, 1938; decided June 3, 1938.

*John J. Bennett, Jr., Attorney-General (Paul Muscarella, Henry Epstein, Leon M. Layden* and *James H. Glavin, Jr.,* of counsel), for appellant.

*George T. Driscoll* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.